UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR-10-452-R**                                                    Date: August 25, 2010

================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Bridget Montero (a.m.) | James Left |
|---|---|---|
| Courtroom Deputy | Anne Kielwasser (p.m.) | Curtis Kin |
|  | Court Reporter | Asst. U.S. Attorney |

Spanish Interpreters: Eleazar Carrasco / Juan Carlos Morales

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   MARIA FERNANDA ROMERO                 1)   Michael Nasatir/Vicki Podberesky
       MARTINEZ                                          X present    X retained
     X present    X bond

2)   KENT STUART ROSS                           2)   Michael Shannon
     X present    X bond                                 X present    X appointed

_____

PROCEEDINGS:    JURY TRIAL        (2nd day)


    Witnesses are called, sworn and testify.

    Exhibits are identified and received.

    The Court continues the matter to August 26, 2010 at 9:30 a.m.
    for further jury trial.



                                                                6/29

MINUTES FORM 6                                         Initials of Deputy Clerk ___WH_____
CRIM -- GEN